BRYAN SCHRODER
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Stephan.Collins@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:20-cr-00097-SLG-DMS |
|---|---|
| Plaintiff, | ) COUNT 1: |
| vs. | ) FELON IN POSSESSION OF A FIREARM |
| | )  Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| SHAWN LOUIS ROCKWELL, | ) |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges that:

COUNT 1

On or about February 1, 2018, in the District of Alaska, the defendant, SHAWN LOUIS ROCKWELL, knowing he had been convicted of a crime punishable by

imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, to wit:

1. One Springfield XD40 cal. and associated ammunition.

Conviction

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| December 7, 2008 | Assault 3rd A.S. 11.41.220(a)(1)(b) | State of Alaska, Superior Court | 3AN-07-12556CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Stephan A. Collins
STEPHAN A. COLLINS
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE:   October 22, 2020